1
2
3
4
5
6
7

JS-6

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

GILDA YOUSSEF and CATHY
CLERMONT,

12

Plaintiffs,

13

v.

14

BANK OF AMERICA; and DOES 1
through 25, inclusive,

15

16

Defendants.

**CASE NO. CV 12-5364-GW(AGRx)**
[Hon. George H. Wu, Courtroom 10]

**ORDER GRANTING STIPULATION
RE: DISMISSAL OF THE ENTIRE
ACTION WITH PREJUDICE**

Final Pretrial Conference:
    November 7, 2013, 8:30 a.m.
Trial:
    November 19, 2013, 9:00 a.m.
[Action Filed:  June 20, 2012]

17
18
19
20
21
22
23
24
25
26
27
28

Edwards Wildman
Palmer LLP
Attorneys At Law
Boston

*Youssef, et al. v. Bank of America, et al.*
USDC, Case No. 12-CV-05364-GW (AGR)
AM 25533915.1

**[PROPOSED] ORDER GRANTING JOINT
STIPULATION RE: DISMISSAL OF THE ENTIRE
ACTION WITH PREJUDICE**

1

## ORDER

2      **GOOD CAUSE** appearing, the Court hereby dismisses with prejudice the

3  entire action in accordance with the terms of the written settlement agreement

4  entered into between the parties, with each side bearing his/its own attorneys' fees

5  and costs.

6      **IT IS SO ORDERED.**

7

8

9  Dated:  December 12, 2013

10                                         Hon. George H. Wu, Judge
                                           United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EDWARDS WILDMAN
PALMER LLP
ATTORNEYS AT LAW
BOSTON

*Youssef, et al. v. Bank of America, et al.*          - 1 -
USDC, Case No. 12-CV-05364-GW (AGR)
AM 25533915.1

**[PROPOSED] ORDER GRANTING JOINT
STIPULATION RE: DISMISSAL OF THE ENTIRE
ACTION WITH PREJUDICE**